IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIEGO RAMIREZ,

    Petitioner,

v.

R. GROUNDS, Warden,

    Respondent.

No. C 11-01261 SBA (PR)

**ORDER DENYING PETITION FOR A WRIT OF HABEAS CORPUS; AND DENYING CERTIFICATE OF APPEALABILITY**

    Petitioner has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 claiming that his constitutional rights were violated in connection with a decision by the California Board of Parole Hearings (Board) in 2010 denying him parole. He specifically claims that the decision does not comport with due process because it is not supported by "some evidence" demonstrating that he poses a current unreasonable threat to the public. He has paid the full filing fee.

    A prisoner subject to California's parole statute receives adequate process when he is allowed an opportunity to be heard and is provided with a statement of the reasons why parole was denied. Swarthout v. Cooke, 131 S. Ct. 859, 862 (2011). The petition shows Petitioner received at least this amount of process. The Constitution does not require more. Id.

    Whether the Board's decision was supported by some evidence of current dangerousness is irrelevant in federal habeas. The Supreme Court has made clear that "it is no federal concern . . . whether California's 'some evidence' rule of judicial review (a procedure beyond what the Constitution demands) was correctly applied." Id. at 863.

    For the foregoing reasons, the petition for a writ of habeas corpus is DENIED. Pursuant to Rule 11 of the Rules Governing Section 2254 Cases, a certificate of appealability under 28 U.S.C. § 2253(c) is DENIED because it cannot be said that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000). Petitioner may seek a certificate of appealability from the Ninth Circuit Court of Appeals.

1   The Clerk of the Court shall enter judgment in favor of Respondent, terminate all pending
2   motions, and close the file.
3   IT IS SO ORDERED.
4   DATED:  5/10/11                                           *Saundra B Armstrong*
                                                              SAUNDRA BROWN ARMSTRONG
5                                                             United States District Judge

G:\PRO-SE\SBA\HC.11\Ramirez1261.denyHC-Cooke.wpd

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
2  FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA
4
5
6  DIEGO RAMIREZ,                                    Case Number: CV11-01261 SBA
7             Plaintiff,                             **CERTIFICATE OF SERVICE**
8     v.
9  R GROUNDS et al,
10            Defendant.                        /
11
12 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.
13
14 That on May 13, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
15 located in the Clerk's office.
16
17
   Diego Ramirez D-82149
18 Correctional Training Facility
   P.O. Box 689
19 Soledad, CA 93960-0689
20 Dated: May 13, 2011
                                                 Richard W. Wieking, Clerk
21                                               By: LISA R CLARK, Deputy Clerk
22
23
24
25
26
27
28
   G:\PRO-SE\SBA\HC.11\Ramirez1261.denyHC-Cooke.wpd